UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PARAMOUNT GLOBAL f/k/a CBS CORPORATION, <br><br> Defendant. | C22-1497 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for leave to amend the complaint, docket no. 17, is TREATED as a motion to substitute a party pursuant to Federal Rule of Civil Procedure 25(c), and is GRANTED as follows. Paramount Global, a Delaware corporation, f/k/a CBS Corporation, a Pennsylvania corporation, is SUBSTITUTED for CBS Corporation as the sole defendant in this matter. The Clerk shall update the docket accordingly.

(2) Within seven (7) days of the date of this Minute Order, Paramount Global shall file a Corporate Disclosure Statement as required by Local Civil Rule 7.1.

(3) Having reviewed plaintiff's response, docket no. 20, to the Court's Minute Order, docket no. 16, requiring the parties to show cause why this action should not be dismissed for failing to comply with the Order requiring Joint Status Report, docket no. 4, the Court will, by separate Minute Order, set this matter for a two-day bench trial on May 6, 2024, as proposed in the parties' tardy Joint Status Report, docket no. 18.

MINUTE ORDER - 1

(4)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of May, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 2